**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(WESTERN DIVISION)**

| | |
|---|---|
| EFRAIN LUNA, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WESTFIELD,<br><br>Defendant. | **Civil Action No. 3:24-cv-30109-MGM** |

### PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNTS I, II, AND WILLFULNESS

The Plaintiff Efrain Luna ("Plaintiff") hereby moves, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, for partial summary judgment as to Count I, Count II, and the issue of willfulness in the above-captioned matter. In support of this motion, Plaintiff states that there is no genuine dispute as to any material fact and that Plaintiff is entitled to judgment as a matter of law, for the reasons set forth in Plaintiff's Memorandum in Opposition to Defendant's Motion for Partial Summary Judgment as to Count I and Willfulness and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment as to Counts I, II, and Willfulness, and Plaintiff's Statement of Undisputed Material Facts, each filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's Motion for Partial Summary Judgment as to Count I and Willfulness, grant Plaintiff's Cross-Motion for Partial Summary Judgment as to Count I, Count II, and willfulness, and grant such other and further relief as the Court deems just and proper.

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for Plaintiff conferred with counsel for Defendant regarding the issues raised in this motion on June 4, 2026, and again on July 1, 2026, and attempted in good faith to resolve or narrow those issues, but the parties were unable to do so.

Dated: July 6, 2026

Plaintiff
By His Attorneys,

**/s/ Jeffrey S. Morneau**
Jeffrey S. Morneau, Esquire (BBO #643668)
CONNOR & MORNEAU, LLP
136 Dwight Road
Longmeadow, Massachusetts 01106
Tel:    (413) 455-1730
Fax:    (413) 455-1594
jmorneau@cmolawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

**/s/ Jeffrey S. Morneau**
Jeffrey S. Morneau